484

■ Maria Dolores Tanpinco et al., Appellants, v Royal Caribbean International et al., Defendants, Corporate Travel Services et al., Respondents. [911 NYS2d 625]—

Order, Supreme Court, New York County (Milton A. Tingling, J.), entered June 16, 2009, which, upon plaintiff's motion for a default judgment against defendants Corporate Travel Services and Corporate Travel Services, Inc., and said defendants' motion to dismiss the complaint for failure to state a cause of action, directed defendants to serve their answer within 20 days, unanimously affirmed, without costs.

Defendants demonstrated a reasonable excuse for their delay in answering the complaint, i.e., that their insurance carrier failed to forward the complaint to counsel (*see Heskel's W. 38th St. Corp. v Gotham Constr. Co. LLC*, 14 AD3d 306, 307 [2005]). The record shows no willful default on defendants' part and no prejudice to plaintiffs as a result of the delay (*see Pagan v Four Thirty Realty LLC*, 50 AD3d 265 [2008]). Concur—Tom, J.P., Andrias, Sweeny, DeGrasse and Román, JJ.